■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. JACK ROSENBERG, as a Supreme Court Justice of the State of New York, et al., Respondents.— Application for a judgment in the nature of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Capozzoli, McNally, Steuer and Tilzer, JJ.